**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

LINDA RODGERS                                                                                                    PLAINTIFF

v.                                          No. 5:12CV00195 JLH

LAWRENCE DAVIS, individually;
SHEILA GARLAND, individually and in her
official capacity; and CALVIN JOHNSON, in
his official capacity as Chancellor of the
UNIVERSITY OF ARKANSAS AT PINE BLUFF                                       DEFENDANTS

## ORDER

Defendants have filed a reply to the response to the motions to dismiss in which they say that in light of the amended complaint adding Calvin Johnson, in his official capacity, the motions to dismiss Lawrence Davis in his official capacity are moot. The motions to dismiss are therefore denied. Documents #5 and #9.

IT IS SO ORDERED this 11th day of September, 2012.

_J. Leon Holmes_
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE